UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEDIS DIAZ** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-6580-WBV-KWR** |
| **USA PROFESSIONAL LABOR, LLC** | **SECTION: D (4)** |

## ORDER

On July 9, 2018, Ledis Diaz, on behalf of himself and other individuals similarly situated, filed a Complaint against his former employer, USA Professional Labor, LLC, for its failure to pay appropriate overtime wages under the Fair Labor Standards Act (the "FLSA").[1] On March 10, 2020, Plaintiff filed a First Amending and Supplemental Complaint, naming as defendants USA Professional Labor, LLC, Gilberto Alarcon and Edin Alarcon.[2] The record is devoid of any service information regarding defendant, Gilberto Alarcon.

On December 10, 2020, this Court issued an Order to Show Cause, requiring Plaintiff to apprise the Court of the status of service upon Gilberto Alarcon on or before December 24, 2020, by written motion or memorandum, or show cause why Gilberto Alarcon should not be dismissed for failure to prosecute.[3] The Court further warned Plaintiff that failure to comply with the Order may result in dismissal of Gilberto Alarcon without further notice.[4] As of the date of this Order, Plaintiff has

---

[1] R. Doc. 1.
[2] R. Doc. 42 at p. 2.
[3] R. Doc. 67.
[4] *Id.*

not filed a response to the Show Cause Order, nor has Plaintiff filed proof of service upon Gilberto Alarcon into the record.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's action against defendant, Gilberto Alarcon, is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute under Federal Rule of Civil Procedure 4(m).

New Orleans, Louisiana, January 14, 2021.

*Wendy B Vitter*
**WENDY B. VITTER**
**United States District Judge**